AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington



| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) Case No. MJ24-279 |
| SUBJECT DEVICE retrieved from a white BMW, with Florida license plate number LDPZ72, stored at 9648 Garrison Road, Sumas, Washington 98295 | ) ) ) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Western   District of   Washington
*(identify the person or describe the property to be searched and give its location)*:

SUBJECT DEVICE retrieved from a white BMW, with Florida license plate number LDPZ72, stored at 9648 Garrison Road, Sumas, Washington 98295

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B for list of items to be seized, incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before   May 25, 2024   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Any U.S. Magistrate Judge of this District   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   May 10, 2024, at 9:15AM

*Judge's signature*

City and state:   Seattle, Washington                    Brian A. Tsuchida, United States Magistrate Judge
                                                         *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: SMS24040000 72 | Date and time warrant executed: 5/18/2024 | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of: Eric Thomas (Digital Forensic Analyst) Blaine, WA USBP |||

Inventory of the property taken and name of any person(s) seized:

Approximately 50 GB of digital content from subject device (Apple iPhone smartphone).

Rec'd
~MRK~

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/20/2024

_____
Executing officer's signature

(J. Kirby) / BPA-I
Printed name and title